

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-16-00502-CR

Antonio R. **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0432
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

_____
Keith E. Hottle
Clerk of Court